UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIM HEITERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1511 (JCH) |
| ) | |
| MENTOR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice under the conditions stated in the accompany order.

Dated this 10th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE